```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

            - v. -              :    S1 07 Cr. 456 (GEL)

VINCENT RISPOLI and             :
PETER MONFORTE,
                                :
            Defendants.
                                :
- - - - - - - - - - - - - - - - x
```

### COUNT ONE

(Manufacture and Distribution of a Controlled Substance)

The Grand Jury charges:

1.  From in or about 1997 up to and including on or about February 21, 2007, VINCENT RISPOLI and PETER MONFORTE, the defendants, unlawfully, intentionally, and knowingly did manufacture, distribute, and dispense, and possess with intent to manufacture, distribute and dispense, a controlled substance, to wit, RISPOLI and MONFORTE grew, harvested, packaged and distributed more than 1,000 marijuana plants in apartments located at 324 Canal Street, in New York County, New York.

(Title 21, United States Code, Sections 812, 841(a)(1) and
   841(b)(1)(A) and Title 18, United States Code, Section 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2007

**COUNT TWO**

(Conspiracy to Manufacture and Distribute a Controlled Substance)

The Grand Jury further charges:

2. From in or about 1997 up to and including on or about February 21, 2007, VINCENT RISPOLI and PETER MONFORTE, the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

3. It was a part and an object of the conspiracy that VINCENT RISPOLI and PETER MONFORTE, the defendants, and others known and unknown, would and did manufacture, distribute and dispense, and possess with intent to manufacture, distribute and dispense, a controlled substance, to wit, RISPOLI, MONFORTE and others known and unknown did grow, harvest, package and distribute more than 1,000 marijuana plants in an apartment located at 324 Canal Street, in New York County, New York and 68 Jay Street, in Kings County, New York, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

4. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

2

      a.  On or about February 21, 2007, VINCENT RISPOLI, the defendant, entered an apartment located at 324 Canal Street in New York County, New York.

      (Title 21, United States Code, Section 846.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VINCENT RISPOLI and
PETER MONTEFORTE,

Defendants.

INDICTMENT

S1 07 Cr. 456 (GEL)

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A) and 846 and 18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.