AUSA Michael D. Maimin
212-637-2238

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PETER MONFORTE | DOCKET NO.<br>S, 07CR 456(GEL)    MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Peter Monforte |
| WARRANT ISSUED ON THE BASIS OF:    ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST<br>SOUTHERN DISTRICT OF NEW YORK |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 15 2008]*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTIONS<br>812, 841(a)(1), 841(b)(1)(A) & 846 |
|---|---|---|
| | BAIL    OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*/s/ Kevin Nathaniel Fox* | DATE ORDERED<br>JAN 0 8 2007 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent Gaetano DiPasquale | SIGNATURE OF ARRESTING OFFICER<br>SA *[signature]* |
|---|---|---|
| DATE EXECUTED<br>JAN 15, 2008 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.