PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

U.S.A. vs. Peter Monforte     Docket No. 07 CR 456(GEL)

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Lisa Chan     PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant     Peter Monforte     who was placed under pretrial release supervision by the Honorable     Andrew J. Peck     sitting in the court   500 Pearl St., NY NY  ,   15th   day of  January,   2007   under the following conditions:

$750,000 personal recognizance bond, cosigned by two financially responsible persons, travel restricted to SDNY/EDNY and the District of NJ, surrender travel documents (no new applications), strict pretrial services supervision. The defendant was released upon the signatures of two cosigners.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant had tested positive for marijuana at the time of the initial hearing and had reported substance abuse in the past. PSA is requesting that the defendant's bail be modified to include drug testing and treatment. Both Assistant U.S. Attorney, Michael Maimin and defense counsel, Michael Warsaw are in agreement with this modification.

### PRAYING THAT THE COURT WILL ORDER

That the defendant's release conditions be modified to include drug testing and treatment.

ORDER OF COURT

Considered and ordered   28th   day of  January , 2008  and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Gerard E. Lynch

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 28, 2008

_____
Lisa Chan
U.S. Pretrial Services Officer

Place:   SDNY, NY

Date: January 28, 2008