LAW OFFICES

# MICHAEL S. WASHOR, ESQ., P.C.

WOOLWORTH BUILDING
233 BROADWAY, Suite 1800
NEW YORK, N.Y. 10279

**NICHOLAS J. PINTO, ESQ.**          TELEPHONE 212/ 697-5900
E-MAIL: NJPESQ@HOTMAIL.COM           FACSIMILE   212/ 406-2313
                                     E-MAIL:MSWESQ2000@AOL.COM

January 31, 2008

Hon. Gerard E. Lynch
United States District Court
Southern District of New York
New York, New York  10007

                    Re: U.S.A. v Peter Monforte, et al
                    Indictment No. S1 07-Cr-456 (GEL)

Dear Judge Lynch:

     Enclosed is a proposed order temporarily extending the defendant's bail conditions. Had counsel been aware of these planned vacation visits, we would have addressed the issue of a temporary extension of the bail limitations at his arraignment to accommodate him and his family.

     A.U.S.A. Michael D. Maimin has consented to this temporary bail modification as we have consented to Pre Trial Services' application to include drug testing and participation in a drug program while defendant is on bail.

     The return date before the Court for a status conference is February 29, 2008 and is not effected by Mr. Monforte's travel plans.

     We are hopeful that the Court will have no objection to allowing this bail extension for these limited time periods.

                      Respectfully Submitted,


                       Michael S. Washor

MSW/sk.ak
Encl: