UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                Indictment No. s1 07-Cr-456 (GEL)

    -against-

                                                      ORDER

PETER MONFORTE, ET AL.

                         Defendant.
--------------------------------------------------------------------------------X

       Upon the application of Michael S. Washor, Esq., counsel for defendant PETER MONFORTE

and A.U.S.A. Michael D. Maimin, on behalf of the government, consenting thereto, it is hereby

       ORDERED that the bail conditions of defendant PETER MONFORTE be temporarily modified

allowing him to travel from his home in Bayonne, New Jersey to his home in North Miami Beach,

Florida on the following dates: January 31, 2008 returning on February 5, 2008; February 15, 2008

returning on February 25, 2008, and March 22, 2008 returning on March 31, 2008.

       It is further,

       ORDERED that all other bail conditions imposed upon defendant PETER MONFORTE

are to remain unchanged.

Dated:      New York, New York
            January 31, 2008

                                 SO ORDERED:

                             _____

                             Hon. Gerard E. Lynch
                             U.S.D.J.