```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

PETER MONFORTE, ET AL.

                        Defendant.
------------------------------------------------------------X

Indictment No. s1 07-Cr-456 (GEL)

ORDER

Upon the application of Michael S. Washor, Esq., counsel for defendant PETER MONFORTE and A.U.S.A. Michael D. Maimin, on behalf of the government, consenting thereto, it is hereby

ORDERED that the bail conditions of defendant PETER MONFORTE be temporarily modified allowing him to travel from his home in Bayonne, New Jersey to his home in North Miami Beach, Florida on the following dates: January 31, 2008 returning on February 5, 2008; February 15, 2008 returning on February 25, 2008, and March 22, 2008 returning on March 31, 2008.

It is further,

ORDERED that all other bail conditions imposed upon defendant PETER MONFORTE are to remain unchanged.

Dated:       New York, New York
             ~~January~~ 31, 2008
             Feb. 4

                                          SO ORDERED:

                                          _____
                                          Hon. Gerard E. Lynch
                                          U.S.D.J.