UNITED STATES DISTRIC1T COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                             :

UNITED STATES OF AMERICA,           :

                                       -v-                               :

VINCENT RISPOLI and PETER MONFORTE,  :

                         Defendants.          :

------------------------------------------------------------x

07 Cr. 456 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

GERARD E. LYNCH, District Judge:

      The Court has received letters from counsel for defendants requesting that the conference in this case, currently scheduled for February 29, 2008, be adjourned to March 21, 2008. The government consents to this request. Defendants also consent to the exclusion of time under the Speedy Trial Act until March 21, 2008, to allow the parties additional time to pursue a possible disposition.

      The Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendants and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from February 29, 2008, until March 21, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court for a pre-trial conference on March 21, 2008, at 2:30 p.m.

SO ORDERED.

Dated:      New York, New York
              February 29, 2008

                                                                      GERARD E. LYNCH
                                                                  United States District Judge