UNITED STATES DISTRIC1T COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

VINCENT RISPOLI and PETER MONFORTE,

        Defendants.

------------------------------------------------------------X

07 Cr. 456 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has received a letter from the law office of counsel for defendant Vincent Rispoli requesting that the conference in this case, currently scheduled for April 4, 2008, be adjourned to April 18, 2008. The government and defendant Peter Monforte consent to this request. Defendants also consent to the exclusion of time under the Speedy Trial Act until April 18, 2008, to allow the parties additional time to pursue a possible disposition.

    The Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendants and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from April 4, 2008, until April 18, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court for a pre-trial conference on April 18, 2008, at 2 p.m.

SO ORDERED.

Dated:    New York, New York
           April 4, 2008

                                                    _____
                                                    GERARD E. LYNCH
                                                   United States District Judge