LAW OFFICES
# MICHAEL S. WASHOR, ESQ., P.C.

WOOLWORTH BUILDING
233 BROADWAY, Suite 1800
NEW YORK, N.Y. 10279

**NICHOLAS J. PINTO, ESQ.**       TELEPHONE  212/ 697-5900
E-MAIL: NJPESQ@HOTMAIL.COM      FACSIMILE  212/ 406-2313
     E-MAIL: MSWESQ2000@AOL.COM

April 14, 2008

Hon. Gerard E. Lynch
United States District Court
Southern District of New York
New York, New York  10007

Re: U.S.A. v Peter Monforte, et al
Indictment No. S1 07-Cr-456 (GEL)

Dear Judge Lynch:

    Enclosed is a proposed order temporarily extending the defendant's bail conditions allowing him to drive from his New Jersey home to Florida on April 22, 2008, to close his Florida home and return home with his wife on April 27, 2008.

    A.U.S.A. Michael D. Maimin and U.S. Pre-trial Services Officer Barbara Hutchinson have both consented to this temporary bail modification.

    We are hopeful that the Court will have no objection to allowing this bail extension for this limited time period.

Respectfully Submitted,
*Michael S. Washor*
Michael S. Washor

MSW/sk.ak
Encl: