UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                         Indictment No. s1 07-Cr-456 (GEL)
   -against-
                                                                 ORDER

PETER MONFORTE, ET AL.

                              Defendant.
-------------------------------------------------------------------------------X

      Upon the application of Michael S. Washor, Esq., counsel for defendant PETER MONFORTE and A.U.S.A. Michael D. Maimin, on behalf of the government, consenting thereto, it is hereby

      ORDERED that the bail conditions of defendant PETER MONFORTE be temporarily modified allowing him to travel from his home in Bayonne, New Jersey to his home in North Miami Beach, Florida to bring his wife home, on the following dates: leaving April 22, 2008 and returning on April 27, 2008; and,

      IT IS FURTHER,

      ORDERED that all other bail conditions imposed upon defendant PETER MONFORTE are to remain unchanged.

Dated:      New York, New York
                 April 14, 2008

                                          SO ORDERED:

                                          _____
                                          Hon. Gerard E. Lynch
                                                  U.S.D.J.